**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ideal Sleeves International, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8414017** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **182 Courtright Street** <br> **Wilkes Barre, PA 18702** <br> Number, Street, City, State & ZIP Code <br><br> **Luzerne** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **n/a** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Ideal Sleeves International, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | \_\_\_ | When | \_\_\_ | Case number | \_\_\_ |
| District | \_\_\_ | When | \_\_\_ | Case number | \_\_\_ |

| Debtor | **Ideal Sleeves International, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**      Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Ideal Sleeves International, LLC**     Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Ideal Sleeves International, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2023**
MM / DD / YYYY

X **/s/ James B. Dwyer**        **James B. Dwyer**
Signature of authorized representative of debtor        Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Jeffrey Kurtzman**        Date **June 26, 2023**
Signature of attorney for debtor        MM / DD / YYYY

**Jeffrey Kurtzman**
Printed name

**Kurtzman | Steady, LLC**
Firm name

**555 City Avenue**
**Suite 480**
**Bala Cynwyd, PA 19004**
Number, Street, City, State & ZIP Code

Contact phone **(215) 883-1600**        Email address **kurtzman@kurtzmansteady.com**

**51816 PA**
Bar number and State

| Debtor | **Ideal Sleeves International, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Color Craft Flexible Packaging, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Middle District of Pennsylvania** | When | **6/26/23** | Case number, if known | |
| Debtor | **R.B. Dwyer Co., Inc.** | | | Relationship to you | **Affiliate** |
| District | **Middle District of Pennsylvania** | When | **6/26/23** | Case number, if known | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ideal Sleeves International, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| BALL METAL BEVERAGE CONTAINER CORP<br>10 LONGS PEAK DRIVE<br>BROOMFIELD, CO 80021 | | | | | | $57,064.63 |
| BENISON & CO., LTD.<br>5FNO 278 CHUNG HAISO E RD SEC4<br>TAIPEI, TAIWAN ROC | | | | | | $42,383.52 |
| Crestmark, Div. of Metabank<br>5480 Corporate Drive<br>Suite 350<br>Troy, MI 48098 | | | | $451,171.00 | $0.00 | $451,171.00 |
| CROWN REAL ESTATE HOLDING LLC<br>4805 BIRNEY AVE<br>SCRANTON, PA 18507 | | | | | | $21,656.06 |
| CYBERTRUST IT SOLUTIONS<br>23 SPECTRUM POINTE DR STE 202<br>LAKE FOREST, CA 92630 | | | | | | $7,111.17 |
| Everest Business Funding<br>5 West 37th Street<br>Suite 1100<br>New York, NY 10018 | | | | | | $150,778.00 |

| Debtor | Ideal Sleeves International, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FEDEX FREIGHT<br>PO BOX 21415<br>DEPT LA<br>PASADENA, CA 91185-1415 | | | | | | $30,335.02 |
| H & B SERVICES INC.<br>15850 SPANGLER RD<br>DILLSBORO, IN 47018 | | | | | | $125,013.00 |
| HEWLETT-PACKARD<br>PO BOX 402582<br>ATLANTA, GA 30384-2582 | | | | | | $119,525.00 |
| INDIGO AMERICA INC<br>PO BOX 415573<br>BOSTON, MA 02241-5573 | | | | | | $81,460.60 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | 2021 Income Tax | | | | Unknown |
| LIVEO RESEARCH<br>POSTFACH 153<br>STAUFEN, DEUTSCHLAND | | | | | | $120,715.50 |
| NBT Bank<br>120 Keyser Avenue<br>Scranton, PA 18504 | | | | $170,400.00 | $0.00 | $170,400.00 |
| Pennsylvania Department of Revenue<br>Department 280946<br>ATTN: Bnakruptcy Division<br>Harrisburg, PA 17128-0946 | | 2021 Income Tax | | | | Unknown |
| PENNSYLVANIA PAPER & SUPPLY CO<br>215 VINE ST<br>SCRANTON, PA 18503 | | | | | | $20,787.03 |
| PLASTIC SUPPLIERS, INC.<br>PO BOX 77080<br>CLEVELAND, OH 44194-7080 | | | | | | $14,204.78 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Case 5:23-bk-01418-MJC    Doc 1    Filed 06/26/23    Entered 06/26/23 07:27:32    Desc
Main Document    Page 8 of 10

| Debtor | Ideal Sleeves International, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PRO PACK INC**<br>**321 RICHARD MINE RD STE 300**<br>**WHARTON, NJ 07885** | | | | | | **$10,062.04** |
| **RH Courtright, LLC**<br>**c/o Kevin M. Walsh, Jr., Esquire**<br>**600 Third Avenue**<br>**Kingston, PA 18704-5815** | | | **Disputed** | | | **$151,198.03** |
| **SIEGWERK / EIC LLC**<br>**3535 SW 56TH ST**<br>**DES MOINES, IA 50321** | | | | | | **$11,160.40** |
| **Zing Zang, LLC**<br>**Brent Albertson, President**<br>**400 Michigan Ave., Suite 1300**<br>**Chicago, IL 60611** | | | | | | **$100,000.00** |

In re   **Ideal Sleeves International, LLC**                              Case No.
                                Debtor(s)                                 Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ideal Sleeves International, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **June 26, 2023** | **/s/ Jeffrey Kurtzman** |
| Date | **Jeffrey Kurtzman** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Ideal Sleeves International, LLC** |
| | **Kurtzman | Steady, LLC** |
| | **555 City Avenue** |
| | **Suite 480** |
| | **Bala Cynwyd, PA 19004** |
| | **(215) 883-1600 Fax:(609) 482-8011** |
| | **kurtzman@kurtzmansteady.com** |