# EXHIBIT "A"

R.B. Dwyer +
Cash Flow Forecast as of 06/09/23

| | 1 | 2 | 3 |
|---|---|---|---|
| W/E | 06/16/23 | 06/23/23 | 06/30/23 |
| **Beginning Balance** | 170,123.27 | 468,428 | 290,678 |
| | | | |
| Cash Receipts | | | |
|   Pathward Funding - R.B. Dwyer | 90,000 | 160,000 | 160,000 |
|   Pathward Funding - Ideal Sleeves | - | - | - |
|   Pathward Funding - Color Craft | 90,000 | 160,000 | 160,000 |
|   A/R Receipts - R.B. Dwyer | 20,000 | 20,000 | 20,000 |
|   A/R Receipts - Ideal Sleeves | - | 3,000 | 3,000 |
|   A/R Receipts - Color Craft | 6,000 | 6,000 | 8,000 |
|   Additional Inventory - R.B. Dwyer | 400,000 | - | - |
|   Additional Inventory - Color Craft | 150,000 | - | - |
|   Non-A/R - R.B. Dwyer | - | - | - |
|   Non-A/R - Ideal Sleeves | 91,000 | - | - |
|   Non-A/R - Color Craft | - | - | - |
| **Total** | 1,017,123 | 817,428 | 641,678 |
| | | | |
| **Outgoing Payments** | | | |
|   R.B. Dwyer, Co., Inc. | 270,000 | 328,750 | 223,250 |
|   Ideal Sleeves International | 40,000 | 15,000 | 70,000 |
|   Color Craft Flexible Packaging | 238,695 | 183,000 | 179,984 |
| **Total Outging Payments** | 548,695 | 526,750 | 473,234 |
| | | | |
| Ending Balance | 468,428.27 | 290,678.27 | 168,443.92 |

|   | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|
|   | 07/07/23 | 07/14/23 | 07/21/23 | 07/28/23 | 08/04/23 |
|   | 168,444 | 30,603 | 118,819 | (9,431) | 8,834 |
|   | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
|   | - | - | - | - | - |
|   | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
|   | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
|   | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
|   | 8,000 | 8,000 | 11,700 | 16,000 | 16,000 |
|   | - | - | - | - | - |
|   | - | - | - | - | - |
|   | - | - | - | - | - |
|   | - | - | - | - | - |
|   | - | - | - | - | - |
|   | **559,444** | **421,603** | **513,519** | **389,569** | **407,834** |
|   | 314,050 | 142,969 | 330,300 | 200,750 | 285,550 |
|   | 17,141 | - | 15,000 | - | 17,141 |
|   | 197,650 | 159,815 | 177,650 | 179,984 | 197,650 |
|   | **528,841** | **302,784** | **522,950** | **380,734** | **500,341** |
|   | 30,603.08 | 118,818.78 | (9,431.22) | 8,834.43 | (92,506.41) |

| 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|
| 08/11/23 | 08/18/23 | 08/25/23 | 09/01/23 | 09/08/23 |
| (92,506) | 9,878 | (96,491) | (73,025) | (147,866) |
| | | | | |
| 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| - | - | - | - | - |
| 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 16,000 | 18,000 | 18,000 | 18,000 | 18,000 |
| - | - | - | - | - |
| - | - | - | - | - |
| - | - | - | - | - |
| - | - | - | - | - |
| - | - | - | - | - |
| 306,494 | 410,878 | 304,509 | 327,975 | 253,134 |
| | | | | |
| 138,800 | 320,719 | 202,050 | 262,000 | 158,300 |
| - | 7,000 | - | 10,141 | - |
| 157,815 | 179,650 | 175,484 | 203,700 | 159,365 |
| 296,615 | 507,369 | 377,534 | 475,841 | 317,665 |
| 9,878.29 | (96,490.71) | (73,025.06) | (147,865.90) | (64,531.20) |

Ideal Sleeves International
Cash Flow Forecast as of 06/09/23

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| W/E | 06/16/23 | 06/23/23 | 06/30/23 | 07/07/23 | 07/14/23 |
| **Beginning Balance** | 10,000 | 61,000 | 49,000 | (18,000) | (32,141) |
| | | | | | |
| Cash Receipts | | | | | |
| Funding - Sales | - | - | - | - | - |
| Funding - A/R | - | 3,000 | 3,000 | 3,000 | 3,000 |
| Non - A/R | 91,000 | - | - | - | - |
| **Total Cash Receipts** | 101,000 | 64,000 | 52,000 | (15,000) | (29,141) |
| | | | | | |
| **Outgoing Payments** | | | | | |
| Payroll | 20,000 | 7,000 | - | 7,000 | - |
| Rent / Utilities | - | - | - | - | - |
| Bonset | - | - | - | - | - |
| Benison | - | - | - | - | - |
| Billcare | - | - | - | - | - |
| Garwear | - | - | - | - | - |
| SKC | - | - | - | - | - |
| HP #3 / #5 / #9 | - | - | - | - | - |
| Indigo | - | - | - | - | - |
| Insurance | - | - | - | - | - |
| Commission | - | 8,000 | - | - | - |
| Printing Supplies | - | - | - | - | - |
| Condos | - | - | - | 10,141 | - |
| Tahoe | - | - | - | - | - |
| Freight | - | - | - | - | - |
| Services | 20,000 | - | 70,000 | - | - |
| Klockner | - | - | - | - | - |
| | - | - | - | - | - |
| **Total Outging Payments** | 40,000 | 15,000 | 70,000 | 17,141 | - |
| | | | | | |
| **Ending Balance** | 61,000.00 | 49,000.00 | (18,000.00) | (32,140.84) | (29,140.84) |

| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|
| 07/21/23 | 07/28/23 | 08/04/23 | 08/11/23 | 08/18/23 | 08/25/23 | 09/01/23 |
| (29,141) | (41,141) | (38,141) | (52,282) | (49,282) | (53,282) | (50,282) |
| - | - | - | - | - | - | - |
| 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| - | - | - | - | - | - | - |
| (26,141) | (38,141) | (35,141) | (49,282) | (46,282) | (50,282) | (47,282) |
| 7,000 | - | 7,000 | - | 7,000 | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| 8,000 | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | 10,141 | - | - | - | 10,141 |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| - | - | - | - | - | - | - |
| 15,000 | - | 17,141 | - | 7,000 | - | 10,141 |
| (41,140.84) | (38,140.84) | (52,281.68) | (49,281.68) | (53,281.68) | (50,281.68) | (57,422.52) |

| | |
|---|---|
| 13 | |
| 09/08/23 | |
| (57,423) | |

- 
3,000
- 
(54,423)

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

(54,422.52)

**Color Craft Flexible Packaging**
**Cash Flow Forecast as of 06/09/23**

| W/E | 1<br>06/16/23 | 2<br>06/23/23 | 3<br>06/30/23 | 4<br>07/07/23 |
|---|---|---|---|---|
| **Beginning Balance** | **65,000** | **72,305** | **55,305** | **43,321** |
| | | | | |
| Cash Receipts | | | | |
|   GemCap Est Funding - Sales | 90,000.00 | 160,000.00 | 160,000.00 | 180,000.00 |
|   GemCap Funding - A/R | 6,000.00 | 6,000.00 | 8,000.00 | 8,000.00 |
|   Additional Inventory | 150,000.00 | - | - | - |
|   Non - A/R | - | - | - | - |
| **Total** | **311,000.00** | **238,305.00** | **223,305.00** | **231,320.65** |
| | | | | |
| **Outgoing Payments** | | | | |
|   Payroll | - | 35,000 | - | 35,000 |
|   594 Rent (Heidi) | 5,000 | - | 4,500 | - |
|   Bonset | 100,000 | 100,000 | - | 100,000 |
|   Bill Care / Liveo | 100,000 | - | 100,000 | - |
|   Gunze | - | - | 30,165 | - |
|   HP #4 | - | - | 10,000 | - |
|   Indigo | - | 15,000 | - | 15,000 |
|   Printing Supplies | 5,000 | 5,000 | 5,000 | 5,000 |
|   Packaging Supplies | 6,000 | 6,000 | 6,000 | 6,000 |
|   Production & Other Supplies | 2,000 | 2,000 | 2,000 | 2,000 |
|   Freight Carriers | 10,000 | 20,000 | 10,000 | 10,000 |
|   City of Memphis & Shelby Cnty | 2,000 | - | - | - |
|   Insurance | - | - | 5,000 | - |
|   Copier Lease | - | - | 169 | - |
|   Utilities | - | - | - | 20,000 |
|   Cybertrust | - | - | 2,500 | - |
|   Commissions | 8,695 | - | 4,650 | 4,650 |
| | - | - | - | - |
| | - | - | - | - |
| **Total Outging Payments** | **238,695** | **183,000** | **179,984** | **197,650** |
| | | | | |
| Ending Balance | 72,305 | 55,305 | 43,321 | 33,671 |

| | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|
| | 07/14/23 | 07/21/23 | 07/28/23 | 08/04/23 | 08/11/23 | 08/18/23 | 08/25/23 |
| | 33,671 | 61,855 | 75,905 | 91,921 | 90,271 | 128,456 | 146,806 |
| | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 | 180,000.00 |
| | 8,000.00 | 11,700.00 | 16,000.00 | 16,000.00 | 16,000.00 | 18,000.00 | 18,000.00 |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | 221,670.65 | 253,555.35 | 271,905.35 | 287,921.00 | 286,271.00 | 326,455.70 | 344,805.70 |
| | - | 35,000 | - | 35,000 | - | 35,000 | - |
| | - | - | 4,500 | - | - | - | - |
| | - | 100,000 | - | 100,000 | - | 100,000 | - |
| | 100,000 | - | 100,000 | - | 100,000 | - | 100,000 |
| | 30,165 | - | 30,165 | - | 30,165 | - | 30,165 |
| | - | - | 10,000 | - | - | - | 10,000 |
| | - | 15,000 | - | 15,000 | - | 15,000 | - |
| | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | 2,000 | - | - | - | - | 2,000 | - |
| | - | - | 5,000 | - | - | - | 5,000 |
| | - | - | 169 | - | - | - | 169 |
| | - | - | - | 20,000 | - | - | - |
| | - | - | 2,500 | - | - | - | 2,500 |
| | 4,650 | 4,650 | 4,650 | 4,650 | 4,650 | 4,650 | 4,650 |
| | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| | 159,815 | 177,650 | 179,984 | 197,650 | 157,815 | 179,650 | 175,484 |
| | 61,855 | 75,905 | 91,921 | 90,271 | 128,456 | 146,806 | 169,321 |

| 12 | 13 |
|---:|---:|
| 09/01/23 | 09/08/23 |
| 169,321 | 163,621 |
| | |
| 180,000.00 | 180,000.00 |
| 18,000.00 | 18,000.00 |
| - | - |
| - | - |
| 367,321.35 | 361,621.35 |
| | |
| 35,000 | - |
| 4,500 | - |
| 100,000 | - |
| - | 100,000 |
| - | 30,165 |
| - | - |
| 15,000 | - |
| 5,000 | 5,000 |
| 6,000 | 6,000 |
| 2,000 | 2,000 |
| 10,000 | 10,000 |
| - | - |
| - | - |
| - | - |
| 20,000 | - |
| - | - |
| 6,200 | 6,200 |
| - | - |
| - | - |
| 203,700 | 159,365 |
| | |
| 163,621 | 202,256 |