# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 11 |
| IDEAL SLEEVES INTERNATIONAL, LLC., | ) Case No. 23-bk-01418 |
| Debtor | ) |
| Tax I.D. No. 20-8414017 | ) |
| In re: | ) Chapter 11 |
| R.B. DWYER CO., INC., | ) Case No. 23-bk-01420 |
| Debtor. | ) |
| Tax I.D. No. 33-065298 | ) |
| In re: | ) Chapter 11 |
| COLOR CRAFT FLEXIBLE PACKAGING, LLC, | ) Case No. 23-bk-01421 |
| Debtor. | ) |
| Tax I.D. No. 81-4756850 | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30, 2023, he caused a copy of the following:

Supplement to Motion of the Debtors and Debtors-in-Possession for Interim and Final Orders Authorizing Use of Cash Collateral and Proving Adequate Protection; Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection; Application for an Order Authorizing Retention of Jack R. Farris and Farris Capital as Business Broker; and Order Authorizing Debtors to Pay Certain Pre-Petition Payroll, Employee Benefits and Expenses.

to be served upon all parties on the attached service list via electronic mail and/or facsimile as outlined on the Exhibits attached hereto.

/s/ Jeffrey Kurtzman
Jeffrey Kurtzman

Gregory Schiller, Esquire
Office of the United States Trustee
Gregory.schiller@usdoj.gov

Tom Coughlin, Esquire
Taft/Jaffe
(counsel for Pathward)
tcoughlin@usdoj.gov

United States Attorney
William J. Nealon Federal Building and Courthouse
235 N. Washington Avenue, Suite 311
Scranton, PA 18503
*Via Federal Express 6/30/27*

Kevin M. Walsh, Jr., Esquire
Hourigan, Kluger & Quinn
(counsel for RH Courtright, LLC)
kwalsh@hkqlaw.com

U.S. Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155
*Via Federal Express 6/30/27*

Craig Dashiell, Esquire
Lowenstein Sandler LLP
(counsel for Zing Zang, LLC)
CDashiell@lowenstein.com

Crestmark, Div of Metabank
5480 Corporate Drive, Ste 350
Troy, MI 48098

Oxygen Funding, Inc
9 Orchard Road, Ste 101
Lake Forest, CA 92630

Retail Capital, LLC
1501 W. Fountainhead Parkway, Ste 630
Tempe, AZ 85282

AMERICAN EXPRESS #21004
PO BOX 0001
LOS ANGELES, CA 90096-0001

BENISON & CO., LTD
5F, NO.278 CHUNG HSIAO E. ROAD SEC 4
TAIPEI, TAIWAN ROC

CA Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

DYNASTY CAPITAL 26, LLC
700 Canal Street, 1st Floor
Stamford, CT 06902

FEDEX FREIGHT DEPT LA
PO BOX 21415
PASADENA, CA 91185

HEWLETT-PACKARD FINANCIAL SERV
P.O. BOX 402582
Atlanta, GA 30384-2582

ILINK BUSINESS MANAGEMENT
8590 UTICA AVE., SUITE 100
RANCHO CUCAMONGA, CA 91730

INDIGO AMERICA, INC.
PO BOX 415573
BOSTON, MA 02241-5573

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JAMES DWYER
409 Goldenrod Avenue
Corona Del Mar, CA 92625

MS INDUSTRIAL
2406 CAMINO GALEON
SAN CLEMENTE, CA 92673

NEW SOLID INTERNATIONAL

2

11F-3 NO. 189, CHI HSIEN
2nd Road KAOHSIUNG, TAIWAN ROC

Paketo Int'l. & Full Star Co., Ltd.
16 Jhongy1 2nd St.,
Rende District Tainan, 71753, Taiwan

PROSPERITY FUNDING, INC.
PO BOX 601959
CHARLOTTE, NC 28260

RH Courtright, LLC
c/o Kevin M. Walsh, Jr., Esquire
600 Third Avenue
Kingston, PA 18704-5815

Zing Zang, LLC
Brent Albertson, President
400 Michigan Ave., Suite 1300
Chicago, IL 60611

NBT Bank
120 Keyser Avenue
Scranton, PA 18504

BALL METAL BEVERAGE CONTAINER CORP
10 LONGS PEAK DRIVE
BROOMFIELD, CO 80021

BENISON & CO., LTD.
5FNO 278 CHUNG HAISO E RD SEC4
TAIPEI, TAIWAN ROC

CROWN REAL ESTATE HOLDING LLC
4805 BIRNEY AVE
SCRANTON, PA 18507

CYBERTRUST IT SOLUTIONS
23 SPECTRUM POINTE DR STE 202
LAKE FOREST, CA 92630

Everest Business Funding
5 West 37th Street Suite 1100
New York, NY 1001

H & B SERVICES INC

3

15850 SPANGLER RD
DILLSBORO, IN 47018

Pennsylvania Department of Revenue
Department 280946
ATTN: Bankruptcy Division
Harrisburg, PA 17128-0946

PENNSYLVANIA PAPER & SUPPLY CO
215 VINE ST
SCRANTON, PA 18503

PLASTIC SUPPLIERS, INC.
PO BOX 77080
CLEVELAND, OH 44194-7080

PRO PACK INC
321 RICHARD MINE RD STE 300
WHARTON, NJ 07885

RH Courtright, LLC
c/o Kevin M. Walsh, Jr., Esquire
600 Third Avenue
Kingston, PA 18704-5815

SIEGWERK / EIC LLC
3535 SW 56TH ST
DES MOINES, IA 50321

Guaranty Bank & Trust Co
464 N Front Street
Memphis, TN 38105

A AND J PACKAGING CORPORATION
1425 ELIZABETH LANE
GLENVIEW, IL 60025

ALL PRINTING RESOURCES, INC
140 West Lake Dr
GLENDALE HEIGHTS, IL 60139

CITY OF MEMPHIS
PO BOX 185
MEMPHIS, TN 38101

4

CYBERTRUST IT SOLUTIONS
23 SPECTRUM POINT DR, STE 202
LAKE FOREST, CA 92630

Guaranty Bank & Trust Co.
464 N. Front Street
Memphis, TN 38105

H & B SERVICES INC.
15850 SPANGLER RD
DILLSBORO, IN 47018

HEWLETT-PACKAR D FINANCIAL SVCS COMPANY
200 Connell Drive, Suite 5000
Berkeley Heights, NJ 07922

INDIGO AMERICA, INC
5555 Windward Parkway
Alpharetta, GA 30004

KLOCKNER PENTAPLAST
PO BOX 784067
PHILADELPHIA, PA 19178-4067
*Via email:* Joel.rocha@kpfilms.com


Memphis Light,Gas &Water
PO Box 388
MEMPHIS, TN 38145

PACKAGING EQUIPMENT & SUPPLY, INC
5742 E Shelby Dr
MEMPHIS, TN 38141

PENNSYLVANIA PAPER & SUPPLY
215 VINE STREET
SCRANTON, PA 18503

PLASTIC SUPPLIERS
PO BOX 200031
PITTSBURGH, PA 15251-9321

PRIORITY1
PO BOX 840808
DALLAS, TX 75284-0808

5

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS, TN 38101-2751

Small Business Administration/EIDL
14925 Kingsfort Road
Fort Worth, TX 76155


WEBBANK
215 South State Street
Salt Lake City, UT 84111

6