| Name | Address1 | Address2 | Address3 | City | State | Zip | Fax# | Email address |
|---|---|---|---|---|---|---|---|---|
| NEW SOLID INTERNATIONAL | 11F-3 NO. 189, CHI HSIEN | 2nd Road | | KAOHSIUNG | TAIWAN | ROC | 886-7-286-9988 | clarelee@newsolids.com.tw |
| HEWLETT-PACKARD FINANCIAL SERV | P.O. BOX 402582 | | | Atlanta | GA | 30384-2582 | (719) 352-0008 | allison.melone@hpe.com |
| BENISON & CO., LTD | 5F, NO.278 CHUNG HSIAO E. ROAD | SEC 4 | | TAIPEI | TAIWAN | ROC | 886-3-322-8090 | erica@benison.com.tw |
| INDIGO AMERICA, INC. | PO BOX 415573 | | | BOSTON | MA | 02241-5573 | (877) 834-0237 | Javier.esquivel@hp.com |
| MS INDUSTRIAL | 2406 CAMINO GALEON | | | SAN CLEMENTE | CA | 92673 | | prstent@aol.com |
| ILINK BUSINESS MANAGEMENT | 8590 UTICA AVE., SUITE 100 | | | RANCHO CUCAMONGA | CA | 91730 | (909) 906-3771 | gabriel@ilinkmanagement.com |
| IDEAL SLEEVES INTERNATIONAL | 182 COURTRIGHT STREET | | | WILKES BARRE | PA | 18702 | | |
| PROSPERITY FUNDING, INC. | PO BOX 601959 | | | CHARLOTTE | NC | 28260 | | elemos@istaffing.us |
| FEDEX FREIGHT | DEPT LA | PO BOX 21415 | | PASADENA | CA | 91185 | (870) 365-4354 | leonica.velasco.osv@fedex.com |
| AMERICAN EXPRESS #21004 | PO BOX 0001 | | | LOS ANGELES | CA | 90096-0001 | | xiaoyu.zheng@aexp.com |
| KLOCKNER PENTAPLAST RECEIVABLE | 3585 KLOCKNER ROAD | | | GORDONSVILLE | VA | 22942 | (540) 832-1487 | Joel.rocha@kpfilms.com |
| BALL METAL BEVERAGE CONTAINER CORP | 10 LONGS PEAK DRIVE | | | BROOMFIELD | CO | 80021 | | Diana.Gonzalez@ball.com |
| SARA MILBURN | 410 Broadway Suite 150 | | | LAGUNA BEACH | CA | 92651 | (949) 499-5809 | saraemilburn@gmail.com |
| EMC MARKETING COMPANY | 1145 CAMBBRIDGE STREET | | | NOVATO | CA | 94947 | | robconte@emcmarketingco.com |
| AMERICAN EXPRESS #49002 | PO BOX 0001 | | | LOS ANGELES | CA | 90096-0001 | | |
| HOEGEN & ASSOCIATES | 152 SOUTH FRANKLIN STREET | PO BOX 346 | | WILKES BARRE | PA | 18703-0346 | (570) 820-3262 | fhoegen@hoegenlaw.com |
| CYBERTRUST SOLUTIONS, INC. | 23 SPECTRUM POINTE DR. SUITE 202 | | | LAKE FOREST | CA | 92630 | (949) 888-2600 | djohnson@cybertrust-it.com |
| GATES PACKAGING, INC. | 18304 LAKEPOINT CIRCLE | | | POINT VENTURE | TX | 78645 | (512) 778-6541 | GGates@gatespackaging.com |
| SMYTH COMPANIES LLC | 5417 S. 37TH STREET | | | PHOENIX | AZ | 85040 | (602) 438-7319 | tgriffin@smythco.com |
| G & D TRANSPORTATION | 1442 W 16TH STREET | | | LONG BEACH | CA | 90813 | (562) 495-9106 | mike@gdtransportation.net |
| PRIORITY-1, INC | PO BOX 840808 | | | DALLAS | TX | 75284-0808 | (877) 859-3347 | keith.navarroza@priority1.com |
| CITY OF ANAHEIM | 201 S ANAHEIM BLVD. | PO BOX 3069 | | ANAHEIM | CA | 92803-3069 | (714) 765-4152 | customerservice@anaheim.net |
| BDP INTERNATIONAL, INC. | P.O. BOX 8500-2295 | | | PHILADELPHIA | PA | 19178-2295 | | Janice.Catamisan@bdpint.com |
| INLAND PAPER COMPANY | P.O. BOX 3940 | | | ONTARIO | CA | 91761-0987 | (909) 923-9808 | DBrown@InlandPaper.com |
| BEVSOURCE, INC. | 219 LITTLE CANADA ROAD E., STE 100 | | | ST PAUL | MN | 55117 | | jcornett@bevsource.com |
| US CUSTOMS AND BORDER PROTECTI | P.O. BOX 530071 | | | ATLANTA | GA | 30353-0071 | | ACH-CUSTOMS@cbp.dhs.gov |
| SOCOPAC CO | 3516 SEAGATE WAY, SUITE 150 | | | OCEANSIDE | CA | 92056 | (760) 529-9948 | kmartin@socopac.com |
| CRYSTAL VISION PKG SYSTEMS | 23870 HAWTHORNE BLVD | | | TORRANCE | CA | 90505 | (370) 373-6157 | bernie@crystalvisionpkg.com |
| KAMPS PALLETS | 100 N. BLACK HORSE PIKE | | | WILLIAMSTOWN | NJ | 8094 | (616) 453-4373 | toryf@kampspallets.com |
| SUNTECK TRANSPORTATION CO, LLC | 4500 SALISBURY ROAD SUITE 305 | | | JACKSONVILLE | FL | 32216 | | Connie.Stewart@sunteckts.com |
| ULINE | PO BOX 88741 | | | CHICAGO | IL | 60680-1741 | (800) 295-5571 | accounts.receivable@uline.com |
| USF REDDAWAY, INC. | 77720 SW MOHAWK ST. BLDG H | P O BOX 1300 | | TUALATIN | OR | 97062 | | Invoicing@reddawayregional.com |
| CINTAS | PO BOX 29059 | | | PHOENIX | AZ | 85038-9059 | (714) 288-9310 | GuzmanMarquezR@cintas.com |
| INLAND LABEL AND MARKETING SERVICE, LLC | 2009 West Avenue South | | | LA CROSSE | WI | 54601 | (608) 787-5870 | PCoe@inlandpackaging.com |
| AMERI-SEAL/FORMOSA PACKAING COMPANY | 25636 Avenue Stanford | | | VALENCIA | CA | 91355 | (818) 700-9062 | stomlinson@ameri-seal.com |
| SYSPRO IMPACT SOFTWARE INC | 1775 FLIGHT WAY, SUITE 150 | | | TUSTIN | CA | 92782 | (714) 437-1407 | us-salesopshelp@syspro.com |
| PACIFIC PACKAGING CONSULTANTS | 808 SARATOGA DRIVE | | | WOODLAND | CA | 95695 | | jburden@empack.com |
| WELLS FARGO VENDOR FIN SERV | PO BOX 030310 | | | LOS ANGELES | CA | 90030-0310 | (866) 303-1288 | Stephanie.snead@financialservicing.net |
| XPO LOGISTICS FREIGHT INC | 29559 NETWORK PLACE | | | CHICAGO | IL | 60673-1559 | (817) 514-3700 | gloria.chavez@xpo.com |
| DIAZ PALLETS LLC | 7734 HALL AVE | | | CORONA | CA | 92880 | | amanda@diaz-pallets.com |
| PINNACLE ROLLER CO | 2147 SPRING GROVE AVE | | | CINCINNATI | OH | 45214 | (513) 241-3361 | mike@metzgermachine.com |
| TFORCE WORLDWIDE | PO BOX 7410328 | | | CHICAGO | IL | 60674-0328 | | mike.eberl@customodal.com |
| WESTERN EXTERMINATOR CO | 311 N. CRESCENT WAY | | | ANAHEIM | CA | 92801-6709 | (714) 543-9241 | fernando.ruballos@west-ext.com |
| CUSTOM SHEET METAL | 2850 E. GRETTA LN UNIT G | | | ANAHEIM | CA | 92806 | | customsheetmetal77@gmail.com |
| ECHO GLOBAL LOGISTICS INC. | 600 W CHICAGO AVE., STE. 725 | | | CHICAGO | IL | 60654 | (888) 796-4445 | AR@echo.com |
| FILEMON MORA MONCADA/MORA LANDSCAPING | 1262 E. ARIZONA PL | | | ANAHEIM | CA | 92805 | | gabyj1262@gmail.com |
| CITIBUSINESS CARD #8784 | PO BOX 6004 | | | SIOUX FALLS | SD | 57177-6004 | | |
| ULTRAPAK | PO BOX 2604 | | | BUFFALO | NY | 14240-2604 | (716) 366-0041 | jen@ultrapak.us |
| KARLVILLE DEVELOPMENT USA, INC | 3600 NW 59TH ST | | | MIAMI | FL | 33142 | (786) 329-5696 | bill.hernandez@karlville.com |
| BEARINGS & DRIVES, INC. | 1581 N. ORANGETHORPE WAY | | | ANAHEIM | CA | 92801 | (714) 526-7752 | |
| NEWAY PACKAGING CORP. | PO BOX 31001-2261 | | | PASADENA | CA | 91110-2261 | (310) 898-3430 | tfranklin@newaypkg.com |
| HISHI PLASTICS USA INC | 600-F Ryerson | | | LINCOLN PARK | NJ | 7035 | (973) 872-8381 | lsilvano@hishiplastics.com |
| NAVISTAR CAPITAL | PO BOX 71810 | | | CHICAGO | IL | 60694-1810 | (833) 344-8770 | |
| FLEXCRAFT INDUSTRIES | PO BOX 2098 | | | NEWARK | NJ | 7114 | (973) 589-0015 | customerservice@flexcraftindustries.com |
| VETAPHONE A/S | FABRIKSVEJ 11 | | DK-6000 | KOLDING | | DENMARK | | accounting@vetaphone.com |

| Name | Address | Address 2 | City | State | Zip | Phone | Email |
|---|---|---|---|---|---|---|---|
| UNITED PARCEL SERVICE - 8E9718 | P.O. BOX 650116 | | DALLAS | TX | 75265-0116 | | jmichael@ups.com |
| SIEGWERK | P.O. BOX 759273 | | BALTIMORE | MD | 21275-9273 | (828) 438-9513 | AccountsReceivable.us@siegwerk.com |
| ACTEGA NORTH AMERICA, INC. | 1450 TAYLORS LANE | | CINNAMINSON | NJ | 8077 | (856) 786-2860 | kevin.glover@altana.com |
| AMERICAN NON STOP LABEL CORP | 930 S WANAMAKER AVE | | ONTARIO | CA | 91761 | (562) 921-9651 | audrey@anslabels.com |
| PACIFIC PACKAGING | 4037 PHELAN RD, STE A-285 | | PHELAN | CA | 92371 | | billd@pacificpackent.com |
| RAYMOND HANDLING SOLUTIONS,INC | 1801 W OLYMPIC BLVD | FILE 1700 | PASADENA | CA | 91199-1700 | | antoinette.caro@raymondwest.com |
| CHANGE NAME TO PRINT CHECK | 13405 IMMANUEL RD., BLDG 2 | | PFLUGERVILLE | TX | 78660 | | |
| A T & T | P.O. BOX 5025 | | CAROL STREAM | IL | 60197-5025 | | |
| MARSH & MCLENNAN AGENCY | PO BOX 9496 | | NEW YORK | NY | 10087-4496 | (515) 365-1449 | Samantha.Arndt@mmc.com |
| H & M FOUNDRY,INC. | 5615 LEEDS ST. | | SOUTH GATE | CA | 90280 | (562) 622-1956 | elias@hmfoundry.com |
| VICTORINO BONUS | 701 JUANITA ST. | | LA HABRA | CA | 90631 | | |
| ACTION FIRE PROTECTION | 7602 ANTHONY AVENUE | | GARDEN GROVE | CA | 92841 | (714) 537-7670 | service@actionfp.com |
| TELE PACIFIC COMMUNICATIONS | P.O. BOX 509013 | | SAN DIEGO | CA | 92150-9013 | | CustomerCare@tpx.com |
| STAPLES ADVANTAGE | P.O. BOX 660409 | DEPT LA | DALLAS | TX | 75266-0409 | | staplesca@staples.com |
| CERTIFIED ENTERPRISES INC. | 555 S ROSE STREET | | ANAHEIM | CA | 92805 | (714) 635-0138 | paul@certifiedwastesolutions.com |
| FIRST CLASS FREIGHT SYSTEMS LT | 17 MEANDERING TRAIL | | SCARBOROUGH | ON | M1B 6E8 | (416) 293-4171 | sadhna.persaud@firstclassfreight.ca |
| HOLLYWOOD DELIVERY SERVICE, IN | 2828 S. WILLOW AVENUE | | BLOOMINGTON | CA | 92316 | (909) 428-9289 | i.sandoval@shiphds.com |
| H2O BACKFLOW SERVICE | 120 W. CARRIAGE DRIVE UNIT E | | SANTA ANA | CA | 92707 | (714) 979-2231 | H2OBackFlow77@gmail.com |
| FEDERAL EXPRESS | P.O. BOX 7221 | | PASADENA | CA | 91109-7321 | | BillingOnline@fedex.com |
| ADVANCED ROLLER CO. | 212 LEWIS COURT | | CORONA | CA | 92882 | (951) 272-4113 | office@advancedroller.com |
| PITNEY BOWES PURCHASE POWER | P.O. BOX 371874 | | PITTSBURGH | PA | 15250-7874 | | transactional@emails.pitneybowes.com |
| SHELL FLET | P.O. BOX 6293 | | CAROL STREAM | IL | 60197-6293 | | ShellFleetSolutions@wexinc.com |
| SHRED-IT USA | PO BOX 101007 | | PASADENA | CA | 91189-1007 | (562) 789-1105 | customer.invoices@stericycle.com |
| HD DYNAMIC SOFTWARE SOLUTIONS | 31878 DEL OBISPO, SUITE 118-480 | | SAN JUAN CAPISTRANO | CA | 92675 | | sduke@hddynamics.com |
| SPRINT | P.O. BOX 4181 | | CAROL STREAM | IL | 60197-4181 | | |
| VERIZON WIRELESS | PO BOX 660108 | | DALLAS | TX | 75266-0108 | | |
| TRACO MANUFACTURING | 620 SOUTH 1325 WEST | | OREM | UT | 84058 | (801) 226-1509 | yrocha@tracopackaging.com |
| ACC BUSINESS | PO BOX 105306 | | ATLANTA | GA | 30348-5306 | (800) 889-6973 | jh5135@accbusiness.com |
| CURTIS COMMERCIAL ALARMS, INC | 3111 E. LA PALMA AVENUE | | ANAHEIM | CA | 92806 | (714) 632-5474 | |
| NUMARK TRANSPORTATION | PO BOX 3020 | | SAN LEANDRO | CA | 94578 | (714) 521-3912 | s.skaggs@numarktransportation.com |
| A B GRAPHIC INTERNATIONAL | 2755 PINNACLE DRIVE | | ELGIN | IL | 60124 | (909) 230-6650 | Amanda@abgintusa.com |
| ALL PRINTING RESOURCES, INC | 140 WEST LAKE DR | | GLENDALE HEIGHTS | IL | 60139 | | e.kurasz@teamflexo.com |
| MCFADDEN-DALE HARDWARE CO | 129 N. MAPLE STREET UNIT C | | CORONA | CA | 92880 | (951) 284-0534 | backoffice@mcfaddendalehardware.com |
| GRAINGER PARTS OPERATION | DEPT 440 - 829735661 | | PALATINE | IL | 60038-0001 | | Financialservices@grainger.com |
| UPS SUPPLY CHAIN SOLUTIONS,INC | 28013 NETWORK PLACE | | CHICAGO | IL | 60673-1280 | | shrishab@ups.com |
| J.K. ADVANCED INT'L CO LTD | No 115 YOUNG FU ST | LING YA DIST | KAOHSIUNG CITY 802 | TAIWAN | | | jk.ellensu@msa.hinet.net |
| AXON CORPORATION | P.O. BOX 73211 | | CLEVELAND | OH | 44193 | (919) 772-5575 | Jane.Smith@promachbuilt.com |
| BELMARK INC. | 600 HERITAGE ROAD | | DE PERE | WI | 54115 | (920) 336-4577 | jeremys@belmark.com |
| S-ONE LABELS & PACKAGING, LLC | 1605 MAIN STREE, SUITE 503 | | SARASOTA | FL | 34236 | | yvette.rios@sone.com |