| Name | Address1 | Address2 | Address3 | City | State | Zip | Fax# | Email address |
|---|---|---|---|---|---|---|---|---|
| HEWLETT-PACKARD | PO BOX 402582 | | | ATLANTA | GA | 30384-2582 | (719) 352-0008 | allison.melone@hpe.com |
| H & B SERVICES INC. | 15850 SPANGLER RD | | | DILLSBORO | IN | 47018 | (812) 432-9521 | hughes812@embarqmail.com |
| LIVEO RESEARCH | POSTFACH 153 | | | STAUFEN | DEUTSCHLAND | | (49763) 381-1298 | John.Uhlman@liveoresearch.com |
| RH COURTRIGHT LLC | C/O RESPONSIVE MANAGEMENT | 553 WILLOW AVE STE 201 | | CEDARHURST | NY | 11516 | (718) 559-6737 | steve@responsivegrp.com |
| INDIGO AMERICA INC | PO BOX 415573 | | | BOSTON | MA | 02241-5573 | (877) 834-0237 | Javier.esquivel@hp.com |
| BALL METAL BEVERAGE CONTAINER CORP | 10 LONGS PEAK DRIVE | | | BROOMFIELD | CO | 80021 | | Diana.Gonzalez@ball.com |
| BENISON & CO., LTD. | 5FNO 278 CHUNG HAISO E RD SEC4 | | | TAIPEI | TAIWAN | ROC | 886-3-322-8090 | erica@benison.com.tw |
| FEDEX FREIGHT | PO BOX 21415 | DEPT LA | | PASADENA | CA | 91185-1415 | (870) 365-4354 | leonica.velasco.osv@fedex.com |
| CROWN REAL ESTATE HOLDING LLC | 4805 BIRNEY AVE | | | SCRANTON | PA | 18507 | | crownrealestateholdingsllc@gmail.com |
| PENNSYLVANIA PAPER & SUPPLY CO | 215 VINE ST | | | SCRANTON | PA | 18503 | (570) 343-1175 | ar@papaper.com |
| PLASTIC SUPPLIERS, INC. | PO BOX 77080 | | | CLEVELAND | OH | 44194-7080 | (614) 471-8011 | jbrown@earthfirstfilms.com |
| SIEGWERK / EIC LLC | 3535 SW 56TH ST | | | DES MOINES | IA | 50321 | (828) 438-9513 | AccountsReceivable.us@siegwerk.com |
| PRO PACK INC | 321 RICHARD MINE RD STE 300 | | | WHARTON | NJ | 7885 | (973) 665-8338 | |
| CYBERTRUST IT SOLUTIONS | 23 SPECTRUM POINTE DR STE 202 | | | LAKE FOREST | CA | 92630 | (949) 888-2600 | djohnson@cybertrust-it.com |
| UGI | CENTRAL CREDIT DEPT | P O BOX 13009 | | READING | PA | 19612 | | customerservice@ugi.com |
| PRIORITY 1 INC | PO BOX 840808 | | | DALLAS | TX | 75284 | (877) 859-3347 | keith.navarroza@priority1.com |
| HISHI PLASTICS USA, INC | 600-F RYERSON ROAD | | | LINCOLN PARK | NJ | 7035 | (973) 872-8381 | lsilvano@hishiplastics.com |
| GEISINGER QUALITY OPTIONS | PO BOX 829703 | | | PHILADELPHIA | PA | 19182 | (570) 271-5516 | cmchugh1@thehealthplan.com |
| TEK GRAPHIC SOLUTIONS & CONSUL | 5 BEAR CREEK RD | | | ANDOVER | NJ | 7821 | (570) 424-2083 | art@tekgraphicsolutions.com |
| FLEXCRAFT INDUSTRIES INC | P.O. BOX 2098 | | | NEWARK | NJ | 7114 | (973) 589-0015 | customerservice@flexcraftindustries.com |
| WYOMING VALLEY PALLETS, INC | PO BOX 3089 | | | WEST PITTSTON | PA | 18643 | | tedwvp@aol.com |
| UNITED PARCEL SERVICE | PO BOX 7247-0244 | | | PHILADELPHIA | PA | 19170-0001 | | jmichael@ups.com |
| THE LOFTS ON MAIN CONDO ASSOC. | WILCOX & MCCORMICK ATT: LOM | 270 PIERCE ST STE 301 | | KINGSTON | PA | 18704 | | eileenkenyon@msn.com |
| EHRLICH | 370 Stewart Rd. | | | HANOVER TWP | PA | 18706-1459 | | frank.bennett@jcehrlich.com |
| RYBACK & RYBACK CONSULTING,INC | 2027 SAYE BROOK DRIVE | | | MONROE | NC | 28112 | | janice@rybackandryback.com |
| WELLS FARGO/TOSHIBA | PO BOX 70239 | | | PHILADELPHIA | PA | 19178-0239 | | |
| BELMARK | PO BOX 8814 | | | CAROL STREAM | IL | 60197-8814 | (920) 336-4577 | jeremys@belmark.com |
| JSDC | 11 EAST CHOCOLATE AVE,STE 300 | | | HERSHEY | PA | 17033 | (717) 533-2795 | KAB@jsdc.com |
| SERVICE ELECTRIC | PO BOX 65123 | | | BALTIMORE | MD | 21264-5123 | | |
| SEAL STRIP | 103 INDUSTRIAL ST | | | GILBERTSVILLE | PA | 19525 | | jortlip@sealstrip.com |
| FED EX | PO BOX 371461 | | | PITTSBURGH | PA | 15250-6353 | | BillingOnline@fedex.com |
| JNK HYDROTEST & EXTINGUISHER | 101-103 MAIN STREET | | | KINGSTON | PA | 18704 | | |
| SAFETY KLEEN | PO BOX 382066 | | | PITTSBURGH | PA | 15250-8066 | | gajula.kiranmai@cleanharbors.com |
| CON-WAY FREIGHT INC. / XPO | P.O. BOX 5160 | | | PORTLAND | OR | 97208-5160 | (817) 514-3700 | gloria.chavez@xpo.com |
| OPTIMUM | 200 JERICHO QUADRANGLE | | | JERICHO | NY | 11753-2701 | | |
| DELUXE FOR BUSINESS | PO BOX 4656 | | | CAROL STREAM | IL | 60197-4656 | | DeluxeCustomerAccounting@deluxe.com |
| PITNEY BOWES- LONG ISLAND | PO BOX 371874 | | | PITTSBURGH | PA | 15250-7874 | | transactional@emails.pitneybowes.com |
| COMCAST | PO BOX 3005 | | | SOUTHEASTERN | PA | 19398-3005 | | |
| NEW YORK STATE INSURANCE FUND | PO BOX 5520 | | | BINGHAMTON | NY | 13902-5520 | | |
| PPL ELECTRIC UTILITIES | 2 NORTH STREET CPC-GENN1 | | | ALLENTOWN | PA | 18101-1175 | | |
| VALLEY PEST CONTROL | 46 NORTH RIVER ST | | | PLAINS | PA | 18705 | | |
| FRONTIER | PO BOX 740407 | | | CINCINNATI | OH | 45274-0407 | | Bradley.Hall@ftr.com |
| QUILL CORPORATION | PO BOX 37600 | | | PHILADELPHIA | PA | 19101-0600 | | emily.ixcoy@quill.com |
| ESKO GRAPHICS | 8535 GANDER CREEK DR | | | MIAMISBURG | OH | 45342 | (937) 454-1211 | lori.reasoner@esko.com |
| FOX LEDGE | 1432 BETHANY TURNPIKE | | | HONESDALE | PA | 18431 | | admin@routetools.com |
| CHEMPOINT | 13727 COLLECTION CENTER DR | | | CHICAGO | IL | 60693 | (425) 378-8675 | finance@chempoint.com |
| HOEGEN & ASSOCIATES | 152 SOUTH FRANKLIN STREET | | | WILKES BARRE | PA | 18703-0346 | (570) 820-3262 | fhoegen@hoegenlaw.com |
| ILINK | PO BOX 7064 | | | SAN FRANCISCO | CA | 94120 | (909) 906-3771 | gabriel@ilinkmanagement.com |
| BONSET AMERICA CORPORATION | 6107 CORPORATE PARK DRIVE | | | BROWN SUMMIT | NC | 27214 | (336) 375-6129 | cverma@bonset.com |