| Name | Address1 | Address2 | Address3 | City | State | Zip | Fax# | Email Address |
|---|---|---|---|---|---|---|---|---|
| A AND J PACKAGING CORPORATION | 1425 ELIZABETH LANE | | | GLENVIEW | IL | 60025 | | salesinquiries@ajmpack.com |
| ALL PRINTING RESOURCES, INC | 140 West Lake Dr | | | GLENDALE HEIGHTS | IL | 60139 | 630) 784-3129 | e.kurasz@teamflexo.com |
| ALLISON SYSTEMS CORPORATION | 220 ADAMS ST | | | RIVERSIDE | NJ | 8075 | 856-461-9373 | TMain@allisonblades.com |
| BLAKE & PENDLETON | PO BOX 850001 | DEPT #0671 | | ORLANDO | FL | 32885 | (205) 982-1701 | jacksonville@blakeandpendleton.com |
| BONSET AMERICA CORPORATION | 6107 CORPORATE PARK DRIVE | | | BROWN SUMMIT | NC | 27214 | (949) 309-2950 | christina.diaz@oxygenfunding.com |
| CITY OF MEMPHIS | PO BOX 185 | | | MEMPHIS | TN | 38101 | 888-972-9641 | mayor@memphistn.gov |
| COMCAST | PO BOX 3005 | | | SOUTHEASTERN | PA | 19398-3005 | | esl_corp@cable.comcast.com |
| CROWN EQUIPMENT CORPORATION | 105 SHELBY DRIVE | | | PIPERTON | TN | 38017 | (419) 629-2900 | |
| CYBERGRAPHICS | 23375 NETWORK PLACE | | | CHICAGO | IL | 60673-1233 | (901) 794-8897 | 1. first_initial last@cybermemphis.com |
| CYBERTRUST IT SOLUTIONS | 23 SPECTRUM POINT DR, STE 202 | | | LAKE FOREST | CA | 92630 | (949) 888-2600 | djohnson@cybertrust-it.com |
| D & D PACKAGING | 8530 WEST SANDIGE ROAD | | | OLIVE BRANCH | MS | 38654 | (662) 890-0425 | khenthorn@rusken.com |
| E M C D | PO BOX 465 | DEPT EMCD | | MEMPHIS | TN | 38101 | 716-898-5178 | via support@emcd.io |
| FEDERAL ALARM COMPANY | 3550 COVINGTON PIKE, ST 108 | | | MEMPHIS | TN | 38128 | (901) 751-0368 | Support@federalservicescorp.com |
| FLEXCRAFT INDUSTRIES INC | P.O. BOX 2098 | | | NEWARK | NJ | 7114 | 732.502.9503 | accounting@flexcraftindustries.com |
| FLEXO WASH LLC | 11860 CAPITAL WAY | | | LOUISVILLE | KY | 40299 | | salesinfo@eaglewoodtech.com |
| FLOIED | 3050 LAMAR AVE | | | MEMPHIS | TN | 38114 | (901) 743-7849 | accrec@floied.com |
| GATES PACKAGING INC | 18304 LAKEPOINT CIRCLE | | | POINT VENTURE | TX | 78645 | (512) 778-6541 | GGates@gatespackaging.com |
| GRAINGER | 1901 NONCONNAH BLVD | | | MEMPHIS | TN | 38132 | | |
| GREATAMERICA FINANCIAL SVCS | PO BOX 660831 | | | DALLAS | TX | 75266-0831 | | |
| H & B SERVICES INC. | 15850 SPANGLER RD | | | DILLSBORO | IN | 47018 | 334-756-3256 | hughes812@embarqmail.com |
| HEWLETT-PACKARD FINANCIAL SVCS COMPANY | 200 Connell Drive, Suite 5000 | | | BERKELEY HEIGHTS | NJ | 7922 | | hpefs.invoicing@hpe.com |
| INDIGO AMERICA, INC | 5555 Windward Parkway | | | ALPHARETTA | GA | 30004 | | domingo.taveras@hpe.com |
| INMAN-MURPHY TERMITE & PEST CONTROL | PO BOX 341263 | | | BARTLETT | TN | 38184 | | info@inman-murphy.com |
| INTERACTIVE INKS AND COATINGS | 1610 SHANAHAM DRIVE | | | SOUTH ELGIN | IL | 60177 | | suebattalini@interactiveinks.com |
| INTERFLEX | 2330 Pamperin Road | | | GREEN BAY | WI | 54313 | | accounting@interflx.com |
| KLOCKNER PENTAPLAST | PO BOX 784067 | | | PHILADELPHIA | PA | 19178-4067 | 1-540-832-5656 | argentina@kpfilms.com |
| LANDMARK HEATING & AIR CONDITIONING INC | 6611 REESE ROAD | | | MEMPHIS | TN | 38133 | | |
| LASCO, INC | 694 BEALE ST | | | MEMPHIS | TN | 38103 | 901-526-0786 | lasco@lascoinc.com |
| MARK ANDY | 7312 SOLUTIONS CTR | | | CHICAGO | IL | 60677-7003 | 44 1 625 501 334 | privacy@markandy.com |
| McMASTER CARR SUPPLY CO. | 600 County Line Road | | | ELMHURST | IL | 60126 | (609) 689-3280 | nj.sales@mcmaster.com |
| MEMPHIS BEARING & SUPPLY | 3643 WINCHESTER RD | | | MEMPHIS | TN | 38181 | | John@memphisbearing.com |
| Memphis Light,Gas &Water | PO Box 388 | | | MEMPHIS | TN | 38145 | (901) 528-4547 | MLGWCustomerCare@mlgw.org |
| NORDSON EFD LLC | 40 Catamore Blvd | | | EAST PROVIDENCE | RI | 2914 | | Marguerite.Cooper@nordson.com |
| OLD DOMINION FREIGHT LINE INC | PO BOX 198475 | | | ATLANTA | GA | 30384-8475 | | |
| PACKAGING ASSOCIATES | PO BOX 17491 | | | MEMPHIS | TN | 38187-0491 | | |
| PACKAGING EQUIPMENT & SUPPLY, INC | 5742 E Shelby Dr | | | MEMPHIS | TN | 38141 | | fdnicoll@yahoo.com |
| PENNSYLVANIA PAPER & SUPPLY | 215 VINE STREET | | | SCRANTON | PA | 18503 | | madelyn.fink@papaper.com |
| PLASTIC SUPPLIERS | PO BOX 200031 | | | PITTSBURGH | PA | 15251-9321 | | jtbaker@prattindustries.com |
| PRATT INDUSTRIES | 3835 KNIGHT RD, STE 1 | | | MEMPHIS | TN | 38118 | 770-234-5953 | social@prattindustries.com |
| PRIORITY1 | PO BOX 840808 | | | DALLAS | TX | 75284-0808 | 501.374.5960 | info@priority1.com |
| PROTECTION UNLIMITED | 9363 MARBELLA COVE | | | CORDOVA | TN | 38018 | | info@protectionunlimited.com |
| ROTOMETRICS | 800 HOWERTON LANE | | | EUREKA | MO | 63025 | 1-276-952-2029 | ex. jane.doe@rotometrics.com |
| SHELBY COUNTY TRUSTEE | PO BOX 2751 | | | MEMPHIS | TN | 38101-2751 | (901) 545-4473 | Audrey.Tipton@shelbycountytn.gov |
| SIEGWERK / EIC LLC | 1 Quality Products Rd | | | MORGANTON | NC | 28655 | 828 438 9513 | Greg.Rodulfo@siegwerk.com |
| STAPLESADVANTAGE.COM | PO BOX 105638 | | | ATLANTA | GA | 30348-5638 | (877) 285-8850. | support@staplesadvantage.com |
| TRI-STATE ARMATURE | 330 GE Patterson Ave | | | MEMPHIS | TN | 38126 | 901-521-1065 | |
| ULINE | 12575 Uline Drive | | | PLEASANT PRAIRIE | WI | 53158 | (800) 295-5571 | accounts.receivable@uline.com |
| V AND M SERVICES, LLC | 471 KIMBERLY DRIVE | | | ATOKA | TN | 38004 | 901-448-5352 | JohnSmith@v-mcleaningservices.com |
| W.A. SOEFKER & SON, INC. | 1568 PANAMA ST | | | MEMPHIS | TN | 38108-1919 | (731) 423-0038 | info@wasoefker.com |
| WILLIAMS LAWNS | 8873 RASPBERRY LANE | | | CORDOVA | TN | 38016 | | WilliamsLawnCareInc@gmail.com |
| XMC | PO BOX 660831 | | | DALLAS | TX | 75266 | 901.737.8917 | John.Smith@xmcbpo.com |